# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GENERAL SCIENTIFIC CORPORATION d/b/a SURGITEL,<br><br>    Plaintiff,<br>v.<br><br>QUALITY ASPIRATORS, INC. d/b/a Q-OPTICS,<br><br>    Defendant. | Case No. 5:20-cv-13244<br><br>Honorable: Stephen J. Murphy III<br>Magistrate: Elizabeth A. Stafford |

## NOTICE OF APPEARANCE OF SCOTT D. BARNETT

PLEASE TAKE NOTICE that Scott D. Barnett of Honigman LLP hereby enters his appearance on behalf of Plaintiff General Scientific Corporation d/b/a SurgiTel in the above-captioned matter.

Dated:  December 10, 2020

By: */s/ Scott D. Barnett*
Scott D. Barnett (P82673)
HONIGMAN LLP
39400 Woodward Ave., Suite 101
Bloomfield Hills, MI 48304
(248) 566-8416
sbarnett@honigman.com

37251998.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2020, I caused the foregoing Notice of Appearance of Scott D. Barnett to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  April 24, 2019  

By: */s/ Scott D. Barnett*
Scott D. Barnett (P82673)
HONIGMAN LLP
39400 Woodward Ave., Suite 101
Bloomfield Hills, MI 48304
(248) 566-8416
sbarnett@honigman.com

37251998.1